IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| RUSSELL LEROY MCINTYRE, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 1:12-CV-38 (WLS) |
| MOSES JAMES, CHRISTAL BROWN, and BAINBRIDGE PSATC, | : |
| Defendants. | : |

**ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed August 20, 2012. (Doc. 10). It is recommended that Plaintiff's Complaint, brought pursuant to 42 U.S.C. § 1983, be dismissed as against Defendants Moses James and Bainbridge PSATC and be permitted to proceed as against Defendant Christal Brown. (*Id.*) No objections were filed within the fourteen-day period provided pursuant to 28 U.S.C. § 636(b)(1). The objection period expired on September 3, 2012. (*See* Doc. 10 at 5; Docket).

Therefore, upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 10) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Defendants Moses James and Bainbridge PSATC are **DISMISSED** from this action. Plaintiff's Complaint (Docs. 1, 8) may be proceed against Defendant Christal Brown.

**SO ORDERED**, this   20th   day of November, 2012.

/s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,**
**UNITED STATES DISTRICT COURT**